# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2562
_____

KHIRY MARQUIS ROSS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

June 17, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Khiry Marquis Ross, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.